```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :    CRIMINAL ACTION
                                :
     v.                         :
                                :
CHI CUONG HOANG                 :    NO. 07-662-05
```

ORDER

AND NOW, this 14th day of July, 2009, upon consideration of the defendant Chi Cuong Hoang's motion for a judgment of acquittal and new trial (Docket No. 303) and the government's opposition thereto; and the defendant's supplemental motion for a judgment of acquittal and new trial (Docket No. 357) and the government's opposition thereto, IT IS HEREBY ORDERED that the defendant's motions are DENIED for the reasons provided in the accompanying memorandum of law issued on July 14, 2009.

```
                              BY THE COURT:


                              /s/Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```